IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00967-WYD-BNB

KIM BRETOI,

Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Unopposed Motion to Amend the Scheduling Order** [Doc. # 32, filed 12/11/2007] (the "Motion"). The parties seek to extend the case schedule by nearly six months "to allow adequate time for additional written discovery and depositions if negotiations do not resume after January 1, 2008 and if the case does not thereafter settle." Motion at ¶6.

No party sought to have discovery stayed during the prolonged settlement negotiations reported here. Ordinarily pretrial proceedings, including discovery, and settlement discussions are expected to proceed simultaneously, and I disapprove of the parties' conduct here, where they allowed numerous pretrial deadline to expire without any notice to the court. I will grant a short extension of the pretrial deadlines to allow the parties to complete necessary discovery and prepare the case for trial, but I will not grant the extraordinarily long extension requested.

IT IS ORDERED that the Motion is GRANTED IN PART, and the case schedule is modified to the following extent:

Discovery Cut-Off: **March 3, 2008**

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

Dispositive Motions Deadline: **March 17, 2008**

Final Pretrial Conference: The final pretrial conference set for March 14, 2008, at 8:30 a.m., is VACATED and RESET to **May 22, 2008, at 9:00 a.m.** A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **May 15, 2008**.

Dated December 13, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge