IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00967-WYD-BNB

KIM BRETOI,

Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend the Scheduling Order** [docket no. 37, filed February 15, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Discovery Cut-off: **March 30, 2008**
a. A one hour supplemental deposition of plaintiff regarding his alleged deletion of data from his computer;
b. A two hour deposition of defendant's computer expert Patrick Singer;
c. A three hour deposition of plaintiffs' computer expert David Penrod;
d. A three hour deposition of defendant's Rule 30(b)(6) representative Jeff Johson; and
e. Plaintiff's response to defendant's request for production for an authorization to obtain a copy of State Farm's claim file.

Dispositive Motion Deadline: **March 17, 2008**.
(which shall also apply to any Daubert motions)

DATED: February 19, 2008