IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00967-WYD-BNB

KIM BRETOI,

    Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Defendant Provident's Motion in Limine to Exclude Unscientific Evidence and Opinions (docket #45), filed March 31, 2008 is **STRICKEN** with leave to file closer to the date of trial.  I note that the parties have not yet had a pretrial conference nor entered a final pretrial order.  A trial date will be set upon the approval of a final pretrial order.  With respect to motions in limine, the parties are directed to review section III(C) of my Practice Standards.

    Dated:  March 31, 2008