IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00967-WYD-BNB

KIM BRETOI,

    Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion for Sanctions (docket #48) and the Stipulated Motion to Stay (docket #49), filed April 1, 2008 are **STRICKEN** with leave to file closer to the date of trial. I note that the parties have not yet had a pretrial conference nor entered a final pretrial order. A trial date will be set upon the approval of a final pretrial order.

    Dated: April 2, 2008