IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| **Civil Action No.** 07-cv-00967-WYD-BNB | FTR BNB COURTROOM A-401 |
|---|---|
| **Date:** April 4, 2008 | Geneva D. Mattei, Deputy Clerk |

KIM BRETOI,                                                  Thomas Bulger

       Plaintiff Counter Defendant,

v.

PROVIDENT LIFE AND ACCIDENT           Douglas Griess
INSURANCE COMPANY,

       Defendant and Counter Claimant.

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

Court in Session:     10:30 a.m.

Court calls case.

Appearance by counsel.

Discussion regarding the unopposed motion for clarification.

**ORDERED: Unopposed motion for clarification by defendant, filed April 2, 2008; Doc. 50 is granted as stated on the record.**

Court in Recess:     10:38 a.m.     Hearing concluded.

Total time in Court:     00:08

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting (303) 825-6119.