IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00967-WYD-BNB

KIM BRETOI,

Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Unopposed Motion for Clarification** [Doc. # 50, filed 4/2/2008] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED and the order setting a deadline for Daubert motions is clarified as follows:

The deadline requiring that Daubert motions be filed on or before April 7, 2008, contained in my Minute Order [Doc. # 43, filed 3/13/2008] is VACATED. The parties are directed to comply with the Minute Order of the district judge [Doc. # 46, filed 3/31/2008] stating that the defendant's motion was stricken "with leave to file closer to the date of the trial" and consistent with his Practice Standards that motions in limine "may be filed not later than forty-five (45) days prior to the Trial Preparation Conference." Practice Standards of Judge Wiley Y. Daniel at Part III.C.

Dated April 4, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge