IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00967-WYD-BNB

KIM BRETOI,

Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,

Defendant.

---

## ORDER

---

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall submit a revised proposed final pretrial order on or before **June 20, 2008**, modified as discussed at the conference this morning.

IT IS FURTHER ORDERED that a supplemental final pretrial conference is set for **June 26, 2008, at 11:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated May 22, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge