IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00967-PAB-BNB

KIM BRETOI,

    Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on plaintiff's unopposed motion for leave to file an untimely response to defendant's motion in limine. Plaintiff has filed an affidavit in compliance with the Court's Order of December 17, 2008. Good cause now appearing, it is

    **ORDERED** that plaintiff's motion for leave to file an untimely response [Docket No. 108] is GRANTED.

    Dated December 18, 2008.