IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00967-PAB-BNB

KIM BRETOI,

    Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on the parties' "Stipulated Motion to Stay Case for Arbitration" [Docket No. 117]. At the status conference on March 31, 2009, both parties withdrew their pending motions in light of the fact that they have entered into an arbitration agreement. The parties anticipate that they will receive an arbitration ruling that resolves this case within seven months. Therefore, it is

    **ORDERED** that the "Stipulated Motion to Stay Case for Arbitration" [Docket No. 117] is granted to the extent that, pursuant to D.C.COLO.LCivR 41.2, this case shall be administratively closed. The case may be reopened by any party upon a showing of good cause. It is further

    **ORDERED** that plaintiff shall file a status report on September 30, 2009. It is further

    **ORDERED** that all settings in this case, including deadlines, conferences, and the trial set to begin on September 14, 2009, are hereby vacated.

    Dated April 1, 2009.