IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-00967-PAB-BNB

KIM BRETOI,

    Plaintiff,

v.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.
_____

**ORDER GRANTING UNOPPOSED MOTION TO CONFIRM ARBITRATION AGREEMENT**
_____

    This matter comes before the Court pursuant to defendant Provident Life and Accident Insurance Company's unopposed motion to confirm an arbitration award [Docket No. 127]. This case was administratively closed on April 1, 2009, pursuant to the parties' stipulated motion to stay the matter and submit it to arbitration [Docket No. 117]. The parties' stipulated motion requested that the Court remain available to enforce the arbitration award, if needed. The Court granted that motion and administratively closed the case, subject to reopening for good cause [Docket No. 121]. On October 5, 2009, the arbitrator issued his opinion and award on the matter [Docket No. 127-3]. Defendant now seeks confirmation of that award. Being fully advised of the premises, it is

    **ORDERED** that, pursuant to D.C.COLO.LCivR 41.2 and this Court's order dated April 1, 2009 [Docket No. 121], and upon a showing of good cause, this case is hereby reopened. It is further

**ORDERED** that defendant Provident Life and Accident Insurance Company's unopposed motion [Docket No. 127] to confirm the arbitration award [Docket No. 127-3] is GRANTED. Pursuant to 9 U.S.C. § 9 (2006), the Court hereby confirms the Award of Arbitrator attached as Exhibit B to the aforementioned motion [Docket No. 127-3]. It is further

**ORDERED** that the clerk shall forthwith enter judgment in favor of defendant Provident Life and Accident Insurance Company and against plaintiff Kim Bretoi with the parties bearing their own costs and attorneys fees.

DATED April 5, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge